**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| SANKET VINOD THAKUR,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COFIROUTE USC, LLC; ORANGE COUNTY TRANSPORTATION AUTHORITY; RIVERSIDE COUNTY TRANSPORTATION COMMISSION,<br><br>　　　　　　Defendants. | Case № 8:19-cv-002233-ODW (JDEx)<br><br>**JUDGMENT** |

# JUDGMENT

In light of the Court's Order, (ECF No. 65), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that**:**

1. Judgment is in favor of Defendants on all of Plaintiff's claims;
2. All dates and deadlines are **VACATED**. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

February 1, 2021

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**